1  WARNOCK, MacKINLAY & ASSOCIATES, P.L.L.C.
   1019 South Stapley
2  Mesa, Arizona 85204
   (480) 898-9239
3
   J. Kent MacKinlay, No. 7204
4  Attorney for Debtor

FILED

2001 JAN 12 A 9: 08

CLERK C. O'BRIEN
U.S. BANKRUPTCY
COURT DISTRICT OF ARIZONA

5              IN THE UNITED STATES BANKRUPTCY COURT

6                 IN AND FOR THE DISTRICT OF ARIZONA

7  In re                                    **Case No. 01-00166-ECF-SSC**

8  KRYSTAL ENERGY CO. INC.,                 **Chapter 11**

9                                           **STATEMENT OF COUNSEL
                                            PURSUANT TO BANKRUPTCY**
10          Debtor.                         **RULE 2014**

11

12        In connection with that application for employment of counsel in the above captioned

13  matter, Kent MacKinlay declares as follows:

14        1.    I am authorized to make this statement for Warnock, MacKinlay & Associates

15              ("the firm").

16        2.    The said firm has agreed to serve the debtor in possession as an attorney for the

17              purposes and under the fee arrangements set forth in the accompanying motion of

18              the debtor in possession.

19        3.    The said firm is a "disinterested person" and is not creditor of the estate, nor does

20              it hold any equity interest in the debtor's business.

21        4.    The said firm does not represent any creditor or any other party in interest in any

22              matter which is adverse to the interest of the debtor in possession, nor does it

23              represent the U.S. Trustee, any person in the office of the U.S. Trustee, or any

24              accountant involved in this matter.

25        5.    The said firm has not agreed to share its fees with any entity.

26        6.    The said firm holds no security in any property of the debtor.

27        7.    The source of the retainer was a loan to the corporate debtor by its sole

28              shareholder. Such shareholder has been informed that counsel's responsibility is to

1    the debtor, and not to the shareholder.

2    RESPECTFULLY SUBMITTED this _16_ day of January, 2001.

3              WARNOCK MacKINLAY & ASSOCIATES, P.L.L.C.

4

5         By:_____

6            J. Kent MacKinlay
            Attorney for Debtor

7 COPY of the foregoing mailed
   this _10th_ day of January, 2001 to:

8

9 U.S. Trustee
   P.O. Box 36170
   Phoenix, AZ 85067-6170

10

11 _Shauna Hammon_

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2