```
 1  ILENE J. LASHINSKY (#003073)
    United States Trustee
 2  District of Arizona

 3  PAUL A. RANDOLPH (#011952)
    Trial Attorney
 4  P.O. Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100

 6
```

               IN THE UNITED STATES BANKRUPTCY COURT

                     FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 11 |
|---|---|---|
| KRYSTAL ENERGY CO., INC., | ) | No. 01-00166-SSC |
|  | ) | NOTICE OF LODGING STIPULATED ORDER DISMISSING CASE EFFECTIVE FEBRUARY 14, 2003, AND RESERVING JURISDICTION OVER ADVERSARY PROCEEDING |
| Debtor. | ) |  |

PLEASE TAKE NOTICE that the United States Trustee for the District of Arizona has lodged with the Bankruptcy Court for the District of Arizona the attached Stipulated Order. A non-execution copy of the Order is attached hereto as Exhibit "A"; the original has been filed simultaneous herewith.

DATED this 26th day of March, 2003.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ Paul A. Randolph (#011952)
PAUL A. RANDOLPH
Trial Attorney

1 | Copy of the foregoing mailed
  | this 26th day of March, 2003 to:
2 |
3 | J. Kent MacKinlay, Esq.
  | WARNOCK, MACKINLAY & ASSOC.
  | 1019 South Stapley
4 | Mesa, AZ 85213
  | Attorney for Debtor
5 |
  | Amy L. Alderman, Esq.
6 | Navajo Tax Commission
  | P.O. Box 1903
7 | Window Rock, AZ 86515-1903
8 |
9 | *Coleen Craig* (signature)
10 | /s/ Coleen Craig

2

**EXHIBIT 'A'**

| | |
|---|---|
| 1 | ILENE J. LASHINSKY (#003073)<br>United States Trustee |
| 2 | District of Arizona |
| 3 | PAUL A. RANDOLPH (#011952)<br>Trial Attorney |
| 4 | P.O. Box 36170 |
| | Phoenix, Arizona  85067-6170 |
| 5 | (602) 640-2100 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KRYSTAL ENERGY CO., INC., | ) | No.  01-00166-SSC |
| | ) | |
| | ) | STIPULATED ORDER DISMISSING |
| | ) | CASE EFFECTIVE FEBRUARY 14, 2003, |
| | ) | AND RESERVING JURISDICTION |
| Debtor. | ) | OVER ADVERSARY PROCEEDING |

On February 14, 2003, this Court conducted a hearing on the United States Trustee's Motion to Convert or Dismiss (the "Motion"). The Court has considered the respective positions of the United States Trustee and the debtor and notes the pendency of Adversary Number 01-171 involving the debtor and the Navajo Nation and related appellate litigation. Based upon the foregoing, and good cause appearing,

IT IS HEREBY ORDERED granting the United States Trustee's Motion, in part, and dismissing the administrative case effective February 14, 2003.

IT IS FURTHER ORDERED, HOWEVER, reserving exclusive jurisdiction over the debtor's adversary proceeding with the Navajo Nation, Adversary No. 01-171, and all issues set forth in such adversary complaint, to allow the debtor's appeal to the Ninth Circuit to proceed. If the disposition of the appeal or adversary

proceeding warrants, the administrative case may be reinstated and, if closed, re-opened upon the filing of an appropriate motion in accordance with local procedure. In such case, unless otherwise directed, quarterly fees due the United States Trustee will not be incurred for the period of time during which the administrative case was officially dismissed and/or closed.

ORDERED this _____ day of _____, 2003.

_____
THE HONORABLE SARAH SHARER CURLEY
United States Bankruptcy Judge

APPROVED AS TO FORM
AND CONTENT:

_____
J. Kent MacKinlay
WARNOCK, MACKINLAY & ASSOCIATES
1019 South Stapley
Mesa, Arizona 85213

_____
Paul A. Randolph
Office of the United States Trustee
2929 North Central Ave., Suite 700
Phoenix, Arizona 8512

2